# Court of Appeals
# of the State of Georgia

ATLANTA,____March 23, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A1243.  RAMONA CONSTANTARAS et al. v. ALDRIDGE CONNORS, LLP.

Ramona and Basil Constantaras filed a direct appeal of the trial court's order granting defendant Aldridge Connors, LLP's motion to dismiss.  We, however, lack jurisdiction.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment."  (Punctuation omitted.) *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989); see also *Yates v. CACV of Colorado*, 295 Ga. App. 69 (670 SE2d 884) (2008).  Here, the trial court's order grants Aldridge Connor LLP's motion to dismiss, but the case remains pending as to the remaining defendants.  Thus, it is not a final judgment.  To appeal that order, the Constantarases were required to comply with the interlocutory appeal procedure of OCGA § 5-6-34 (b).  See *Johnson*, supra.  Because they failed to do so, this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,_____03/23/2015_____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____*, Clerk.*